No. 1109. LASSEN, COMMISSIONER, STATE LAND DE-
PARTMENT v. ARIZONA EX REL. ARIZONA HIGHWAY DE-
PARTMENT. Sup. Ct. Ariz. Certiorari granted. *Darrell
F. Smith,* Attorney General of Arizona, by *Dale R. Shum-
way, John P. Frank* and *Dix W. Price,* Special Assistant
Attorneys General, for petitioner. *Darrell F. Smith,* At-
torney General of Arizona, by *John T. Amey,* Assistant
Attorney General, and *J. A. Riggins, Jr.,* Special Assistant
Attorney General, for respondent. Briefs of *amici curiae,*
in support of the petition, were filed by *Boston E. Witt,*
Attorney General of New Mexico, *Helgi Johanneson,* At-
torney General of North Dakota, *Frank Farrar,* Attorney
General of South Dakota, *John F. Raper,* Attorney Gen-
eral of Wyoming, *Forrest H. Anderson,* Attorney General
of Montana, *Clarence A. H. Meyer,* Attorney General of
Nebraska, *Charles Nesbitt,* Attorney General of Okla-
homa, and *Phil L. Hansen,* Attorney General of Utah, for
the State of New Mexico et al.; and by *John J. O'Connell,*
Attorney General of Washington, and *Harold T. Hartin-
ger,* Assistant Attorney General, for the State of Wash-
ington.

No. 1129. WALKER v. SOUTHERN RAILWAY Co. C. A.
4th Cir. Certiorari granted. *Fred D. Hamrick, Jr.,* for
petitioner. *Jerome Ackerman* for respondent.

No. 1059. O'BRYAN v. CHANDLER. C. A. 10th Cir.
Certiorari denied. *W. H. Pat O'Bryan, pro se, Harlan
Grimes* and *Harvey L. Davis* for petitioner.

No. 1117. TYRELL ET AL. v. SAURI ET AL. Super. Ct.
P. R., Ponce Part. Certiorari denied. *Carlos D. Vaz-
quez* for petitioners.